JS-6

## THE UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES CARONE, individually, and as trustee for the JVC Trust,<br><br>Plaintiff,<br><br>v.<br><br>AMCO INSURANCE COMPANY, an Iowa corporation; and DOES 1 through 20, inclusive,<br><br>Defendants. | CASE NO. 8:12-cv-00712-JST(RNBx)<br><br>**ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE** |

**GOOD CAUSE APPEARING, IT IS HEREBY ORDERED** that pursuant to the settlement reached between the parties, the above-referenced action is hereby dismissed in its entirety with prejudice.  Each party shall bear their own fees and costs.

Dated: June 13, 2012

**JOSEPHINE STATON TUCKER**
JOSEPHINE STATON TUCKER
United States District Judge

1
ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE